```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
    v.                         )        20-91420-DJC
                               )
BRIAN RICARDO DENNIS,       )
                               )
    Defendant                  )

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the Motion seeking an Order of Continuance and Excludable Delay, the Court finds as follows:

1. The Defendant has been charged by Criminal complaint styled _United States v. Brian Ricardo Dennis_, Case No. 20-MJ-1340-DLC.  The parties have engaged in preliminary discussions regarding this case; hoverer, even with due diligence, the parties have been unable to finalize their discussions prior to the time which an indictment or information must be filed.  As a result, the United States requests an extension of time to return an indictment or file an information.  The request exclusion of time represents a 90 day extension of the United States time to file an indictment or information under the Speedy Trial Act.

2. According, the ends of justice served by granting the requested continuance and excluding the time period from November 20, 2020 through including February 20, 2021, from

the Speedy Trial clock outweigh the best interests of the public and the Defendant to a speedy trial pursuant to the Speedy Trial Act, 18 USC § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)A) of the Plan for Prompt Disposition of Criminal Cases for the United States District court for the District of Massachusetts (effective December 2008).

According, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act the date on which an indictment or information must be filed is continued till February 20, 2021; and that the period of time from November 20, 2020, through and including February 20, 2021, is excluded from the speedy trial clock and from the time within an indictment or information must be filed.


_/s Denise J. Casper_____
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS


Dated:_November 20, 2020_____