UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
       v.              )      20-91420-DJC
                      )
BRIAN RICARDO DENNIS,           )
                      )
      Defendant          )

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the Motion seeking an Order of Continuance and Excludable Delay, the Court finds as follows:

1. The Defendant has been charged by Criminal complaint styled *United States v. Brian Ricardo Dennis*, Case No. 20-MJ-1340-DLC. The parties have engaged in preliminary discussions regarding this case; hoverer, even with due diligence, the parties have been unable to finalize their discussions prior to the time which an indictment or information must be filed. As a result, the United States requests an extension of time to return an indictment or file an information. The request exclusion of time represents a 60 day extension of the United States time to file an indictment or information under the Speedy Trial Act.

2. According, the ends of justice served by granting the requested continuance and excluding the time period from April 20, 2021 through including June 24, 2021, from the

Speedy Trial clock outweigh the best interests of the public and the Defendant to a speedy trial pursuant to the Speedy Trial Act, 18 USC § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)A) of the Plan for Prompt Disposition of Criminal Cases for the United States District court for the District of Massachusetts (effective December 2008).

According, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act the date on which an indictment or information must be filed is continued till June 24, 2021; and that the period of time from April 20, 2021, through and including June 24, 2021, is excluded from the speedy trial clock and from the time within an indictment or information must be filed.


_____
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS


Dated: __May 6, 2021_____